**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ALEXIS KENON,                           *

          Plaintiff,                  *

          v.                          *       Civil Action No. GLS-24-01793

WALDORF FORD, INC.,                     *

          Defendant.                  *

**************************************************************************

**SETTLEMENT ORDER
(LOCAL RULE 111)**

This Court has been advised that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111, it is **ORDERED** that:

This action is hereby **DISMISSED**, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within thirty (30) days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Date: January 22, 2026

                                             /s/

                              The Honorable Gina L. Simms
                              United States Magistrate Judge